

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2020

No. 04-19-00767-CV

Maria Christina **DIAZ,**
Appellant

v.

Felipe G. **DIAZ,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-04150
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on May 4, 2020. On the extended due date, Appellant filed a second motion for extension of time to file the brief until May 11, 2020.

Appellant's motion is GRANTED. Appellant's brief is due on May 11, 2020. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court